1014

No. 74–6716.  ASHTON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–31.  WRIGHT, WARDEN, ET AL. v. JOHNSON. C. A. 5th Cir.  Certiorari denied.

No. 75–190.  HALL v. VIRGINIA.  Cir. Ct., Albemarle County, Va.  Certiorari denied.

No. 75–285.  BARNETT v. UNITED STATES; and No. 75–5339.  THOR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 512 F. 2d 811.

No. 75–294.  WESTBULK ET AL. v. CARIBE SHIPPING Co., INC.  C. A. 1st Cir.  Certiorari denied.

No. 75–307.  KUTA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 75–308.  TARQUENO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–309.  ALIOTO, MAYOR OF SAN FRANCISCO, ET AL. v. WESTERN ADDITION COMMUNITY ORGANIZATION ET AL. C. A. 9th Cir.  Certiorari denied.

No. 75–313.  MAZZEI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 75–322.  VERNELL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–335.  HALPENNY ET AL. v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.